UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLAN J. ROHRBERG, | ) |
|         Plaintiff, | ) |
| | ) CASE NO. 8:05 CV 77 |
|    v. | ) |
| ZIMMER, INC., | ) |
|         Defendant. | ) |

**ORDER GRANTING AGREED MOTION FOR CONTINUANCE**

The defendant, Zimmer, Inc. ("Zimmer"), filed its Agreed Motion For Continuance, requesting that the Court continue the July 6, 2005, planning conference and all deadlines associated with the planning conference for sixty (60) days. Having considered the motion, the Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that the planning conference will be held on **September 9, 2005 at 9:00 a.m.** Plaintiff's counsel shall place the call. Prior to the conference counsel for the parties shall have:

- a. Disclosed the names, addresses, and affiliations with any party of all non-expert witnesses;
- b. Disclosed at least the names and addresses of all expert witnesses expected to testify for that party at trial;
- c. Completed a conference with opposing counsel concerning outstanding discovery disputes as required by NECivR 7.1(i);
- d. Discussed with opposing counsel plans for completing the depositions of expert witnesses and other remaining discovery and the filing of motions for summary judgment;
- e. Exchanged genuine and serious proposals for settlement;
- f. Discussed settlement with clients and the viability of mediation or other forms of alternative dispute resolution as may be applicable to this case;
- g. Discussed with opposing counsel any other matters which may influence the setting of this case for trial.

SO ORDERED this 29th day of June, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge