UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLAN J. ROHRBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CASE NO. 8:05-CV-77 |
| v. | ) |
| | ) |
| ZIMMER, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING ZIMMER'S UNOPPOSED MOTION
FOR ENLARGEMENT OF TIME TO FILE EXPERT REPORTS**

      The defendant, Zimmer, Inc. ("Zimmer"), filed Zimmer's Unopposed Motion for Enlargement of Time to File Expert Reports, filing 24, requesting a 60-day enlargement of time within which the parties may identify their expert witnesses and serve expert witness reports. Having considered the motion, the Court finds that the motion is well taken and should be GRANTED.

      IT IS THEREFORE ORDERED that the plaintiff shall identify expert witnesses and serve expert witness reports by September 30, 2005, and Zimmer shall identify expert witnesses and serve expert witness reports by November 14, 2005.

Dated: July 28, 2005

                                                BY THE COURT

                                                s/ *David L. Piester*

                                                David L. Piester
                                                United States Magistrate Judge