IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLAN J. ROHRBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV77 |
| | ) | |
| v. | ) | |
| | ) | |
| ZIMMER, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's unopposed motion for continuance of the defendant's expert witness disclosure deadline and the deadline for filing summary judgment motions, filing 37, is granted, and,

1.  On or before March 21, 2006, the defendant shall identify its expert witnesses and serve expert reports.

2.  The deadline for filing motions for summary judgment is extended to April 17, 2006.

3.  All other provisions of the court's previous progression orders shall remain in effect.

DATED this 16th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge