UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLAN J. ROHRBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CASE NO. 8:05-CV-77 |
| v. | ) |
| | ) |
| ZIMMER, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT ZIMMER, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE EXPERT WITNESS DISCLOSURES**

The defendant, Zimmer, Inc. ("Zimmer"), filed Defendant Zimmer, Inc.'s Unopposed Motion For Enlargement Of Time To Serve Expert Witness Disclosures, requesting an enlargement of time to and including 30 days after the plaintiff, Harlan J. Rohrberg ("Plaintiff"), serves the Federal Rule of Civil Procedure 26(a)(2)(B) report of his new engineering expert. Having considered the motion, the Court finds that the motion is well taken and should be GRANTED.

IT IS ORDERED that Zimmer shall identify and serve his Rule 26(a)(2)(B) reports within 30 days after Plaintiff serves the Rule 26(a)(2)(B) report of his new engineering expert.

Dated:   March 22, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge