IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLAN J. ROHRBERG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV77 |
| | ) | |
| v. | ) | |
| | ) | |
| ZIMMER, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The joint motion to extend deadlines, filing 41, is granted as follows:

1.  Jury trial is continued to 9:00 a.m., September 18, 2006, for a duration of five trial days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Carol Corp. v. Alpha, 4:04cv3180.  Jury selection will be held at commencement of trial.

2.  The pretrial conference will be held September 6, 2006, at 10:00 a.m. before the undersigned magistrate judge.

3.  The deposition deadline is continued to August 16, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4.  All other provisions of the court's order setting this case for trial shall remain in effect.

Dated April 10, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge