```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF NEBRASKA
```

HARLAN J. ROHRBERG,            )
                               )
            Plaintiff,         )         8:05CV77
                               )
      v.                       )
                               )
ZIMMER, INC.,                  )         ORDER
                               )
            Defendant.         )
                               )

    IT IS ORDERED:

    Plaintiff's unopposed motion to continue, filing 43, is granted and,

    1. Jury trial is continued to 9:00 a.m., November 13, 2006 for a duration of five days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week. Jury selection will be held at commencement of trial.

    2. The pretrial conference will be held October 26, 2006 at 10:00 a.m. before the undersigned magistrate judge.

    3. The deposition deadline is continued to October 12, 2006 and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

    4. All other provisions of the court's order setting this case for trial shall remain in effect.

    DATED this 24th day of April, 2006.

                                           BY THE COURT:

                                           s/ *David L. Piester*
                                           David L. Piester
                                           United States Magistrate Judge