UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLAN J. ROHRBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO. 8:05-CV-77 |
| v. | ) |
| | ) |
| ZIMMER, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING DEFENDANT ZIMMER, INC.'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME TO SERVE EXPERT REPORTS**

The defendant, Zimmer, Inc. ("Zimmer"), filed Defendant Zimmer, Inc.'s Unopposed Motion For Enlargement Of Time To Serve Expert Reports, filing 45.  Having considered the motion, the Court finds that the motion is well taken and should be GRANTED.

IT IS ORDERED:

Zimmer shall have to and including July 5, 2006, to serve its Rule 26(a)(2)(B) expert reports.

DATED:   June 12, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge