UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLAN J. ROHRBERG, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CASE NO. 8:05-CV-77 |
| v. | ) |
| | ) |
| ZIMMER, INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER GRANTING DEFENDANT ZIMMER, INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO SERVE EXPERT WITNESS REPORTS

The defendant, Zimmer, Inc. ("Zimmer"), filed Zimmer's Unopposed Motion for Enlargement of Time to File Expert Reports requesting a two-day enlargement of time within which Zimmer may identify its expert witnesses and serve expert witness reports. Having considered the motion, the Court finds that the motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED that Zimmer shall identify expert witnesses and serve expert witness reports by July 7, 2006.

DATED: July 7, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

-2-

Distribution:

James G. Powers
Michaela A. Messenger
McGRATH NORTH MULLIN
  & KRATZ, PC LLO
1601 Dodge Street
First National Tower, Suite 3700
Omaha, NE  68102

Thomas G. Stayton
Andrea Roberts
BAKER & DANIELS LLP
300 North Meridian Street, Suite 2700
Indianapolis, IN  46204

E. Terry Sibbernsen
SIBBERNSEN & STRIGENZ, P.C.
1111 North 102nd Court, Suite 330
Omaha, NE  68114