IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HARLAN J. ROHRBERG, | ) | 8:05CV077 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ZIMMER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon Plaintiff's motion for an extension of time to submit his brief opposing a motion for summary judgment (filing 56) and Defendant's objection to the motion (filing 57). After due consideration, I will grant the motion.

IT IS ORDERED that the motion in filing 56 is granted, and Plaintiff shall have until October 10, 2006 to submit a brief in opposition to Defendant's Motion for Summary Judgment and Defendant's Motion to Exclude the Expert Testimony of Michael D. Pratt.

September 13, 2006.            BY THE COURT:

                               *s/Richard G. Kopf*
                               United States District Judge