IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HARLAN J. ROHRBERG, | ) |
| Plaintiff, | ) 8:05CV77 |
| v. | ) |
| ZIMMER, INC., | ) ORDER |
| Defendant. | ) |

IT IS ORDERED:

Plaintiff's unopposed motion to continue, filing 61, is granted and the pretrial conference is continued to November 2, 2006 at 8:30 a.m.

DATED this 11th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge